IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

TOMMY PYLANT, )
)
    Plaintiff, )
)
v. ) CV 03-J-351-S
)
NAP CARE, et.al., )
)
    Defendants. )

## MEMORANDUM OF OPINION

    The magistrate judge filed a report and recommendation on July 15, 2003, recommending plaintiff's Twelfth Amendment claims against all defendants, and all claims against defendant Campbell, be dismissed pursuant to 28 U.S.C. §1915A(b)(1) and/or (2). The magistrate judge further recommended plaintiff's Eighth and Fourteenth Amendment inadequate medical care claims against NaphCare, Inc., and Dr. Delong be referred to the undersigned magistrate judge for further proceedings. No objections have been filed.

    Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. An appropriate order will be entered. Therefore, plaintiff's Twelfth Amendment claims against all defendants, and all claims against defendant Campbell are due to be DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §1915A(b). Further, plaintiff's Eighth and Fourteenth Amendment inadequate medical care claims against NaphCare, Inc., and Dr. Delong are due to be REFERRED to the magistrate judge for further proceedings.

    An appropriate Order will be entered.

    DATED this 26 day of August, 2003.

                                                   INGE P. JOHNSON
                                         UNITED STATES DISTRICT JUDGE