IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TOMMY PYLANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 03-J-351-S |
| | ) | |
| NAP CARE, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OF OPINION**

On July 20, 2004, the magistrate judge filed a report and recommendation, recommending that defendants' motion for summary judgment be granted. On August 9, 2004, plaintiff filed timely objections to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact with regard to plaintiff's claims and that defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and these claims are due to be DISMISSED WITH PREJUDICE.

An appropriate order will be entered.

DONE this the __17__ day of __August__, 2004.

INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE